IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.                                                            No. 14-1244

DR. ROBERT T. SHULL, JR.,
*et al.*,

    Defendants.

___

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING PLAINTIFF'S MOTION FOR PARTIAL DEFAULT JUDGMENT
___

Before the Court is the motion of the Plaintiff, Allstate Insurance Company, for partial default judgment as to Defendants Dr. Robert T. Shull, Jr.; Wanda R. Pugh; James K. Pugh; as well as J.W. Easley and Katina Johnson as co-administrators of the Estate of Brandon LeShane Easley. (D.E. 29.) United States Magistrate Judge Edward G. Bryant entered a report and recommendation on April 10, 2015, recommending that the motion be granted. (D.E. 37.) As no objections have been filed and upon review of the briefs, the report and recommendation is hereby ADOPTED in its entirety and the motion is GRANTED. The proposed order recommended by the magistrate judge will be placed on the docket by separate entry.

    IT IS SO ORDERED this 28th day of April 2015.

                                                          s/ J. DANIEL BREEN
                                                          CHIEF UNITED STATES DISTRICT JUDGE